UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., and THE CARLYLE GROUP,<br><br>Defendants. | Civil Action No.<br><br>2:08-cv-02123-KSH-PS |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned, the attorney of record for the plaintiff in the above-entitled action, dismisses the claims and causes of action asserted against defendant The Carlyle Group without prejudice.

Dated: May 16, 2008

Respectfully submitted,

John A. Macoretta
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
William G. Caldes
Jonathan M. Jagher
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER
& GROH, LPA
35 E. Seventh Street, Suite 6000
Cincinnati, OH 45202

*Counsel for Plaintiff*