AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of        NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

ArvinMeritor, Inc.
2135 West Maple Road
Troy, MI 48084

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John A. Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE    5/20/2008

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ) | |
| ) | |
| CENTRAL WAREHOUSE SALES ) | |
| CORPORATION, on behalf of itself and all ) | |
| others similarly situated, ) Case No. 08-cv-2123 | |
| situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHAMPION LABORATORIES, INC., ) | |
| PUROLATOR FILTERS N.A. L.L.C., ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| WIX FILTRATION PRODUCTS, CUMMINS ) | |
| FILTRATION INC., THE DONALDSON ) | |
| COMPANY, BALDWIN FILTERS INC., ) | |
| BOSCH U.S.A., MANN + HUMMEL U.S.A., ) | |
| INC., ARVINMERITOR, INC., and UNITED ) | |
| COMPONENTS, INC. ) | |
| ) | |
| Defendants. ) | |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                            *Signature of Server*

                                   _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

Baldwin Filters, Inc.
4400 E. Hwy. 30
Kearney, NE  68848-6010

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

_____          5 / 20 / 2008
CLERK                                                                DATE

_____
(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| )<br>)<br>CENTRAL WAREHOUSE SALES )<br>CORPORATION, on behalf of itself and all )<br>others similarly situated, )<br>situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHAMPION LABORATORIES, INC., )<br>PUROLATOR FILTERS N.A. L.L.C., )<br>HONEYWELL INTERNATIONAL INC., )<br>WIX FILTRATION PRODUCTS, CUMMINS )<br>FILTRATION INC., THE DONALDSON )<br>COMPANY, BALDWIN FILTERS INC., )<br>BOSCH U.S.A., MANN + HUMMEL U.S.A., )<br>INC., ARVINMERITOR, INC., and UNITED )<br>COMPONENTS, INC. )<br>)<br>Defendants. ) | Case No. 08-cv-2123 |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                              Date                                    *Signature of Server*

                                                       _____
                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

BOSCH U.S.A.
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI  48831

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

5/20/2008

CLERK                                               DATE

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated, | ) ) ) ) ) Case No. 08-cv-2123 ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

　　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　　　Date　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

### SUMMONS IN A CIVIL ACTION

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

CHAMPION LABORATORIES, INC.
200 S. FOURTH STREET
ALBION, IL  62806

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> JOHN A. MACORETTA
> Spector, Roseman & Kodroff, P.C.
> 1818 Market Street, Suite 2500
> Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

_L. Dunn_

(By) DEPUTY CLERK

DATE    5/20/2008

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>        Defendants. | Case No. 08-cv-2123 |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                              *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

**SUMMONS IN A CIVIL ACTION**

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

CUMMINS FILTRATION, INC.
2931 ELM HILL PIKE
NASHVILLE, TN  37214

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

_____
(By) DEPUTY CLERK

DATE        5/20/2008

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 08-cv-2123<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **NEW JERSEY**

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

HONEYWELL INTERNATIONAL
100 COLUMBIA ROAD
MORRISTOWN, NJ  07962

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE    5/20/2008

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ) | |
| ) | |
| CENTRAL WAREHOUSE SALES ) | |
| CORPORATION, on behalf of itself and all ) | |
| others similarly situated, ) Case No. 08-cv-2123 | |
| situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHAMPION LABORATORIES, INC., ) | |
| PUROLATOR FILTERS N.A. L.L.C., ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| WIX FILTRATION PRODUCTS, CUMMINS ) | |
| FILTRATION INC., THE DONALDSON ) | |
| COMPANY, BALDWIN FILTERS INC., ) | |
| BOSCH U.S.A., MANN + HUMMEL U.S.A., ) | |
| INC., ARVINMERITOR, INC., and UNITED ) | |
| COMPONENTS, INC. ) | |
| ) | |
| Defendants. ) | |

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                              *Signature of Server*


                                          _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:  08-cv-2123

TO: (Name and address of Defendant)

MANN + HUMMEL U.S.A.
6400 S. SPRINKLE ROAD
PORTAGE, MI  49002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

_____
(By) DEPUTY CLERK

DATE    5/20/2008

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated, | ) ) ) ) ) Case No. 08-cv-2123 ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                          *Signature of Server*



                                                        _____
                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

PUROLATOR FILTERS N.A. L.L.C.
3200 NATAL ST.
FAYETTEVILLE, NC  28306-2845

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE   5/20/2008

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | Case No. 08-cv-2123 |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                   *Signature of Server*

                                 _____
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   08-cv-2123

TO: (Name and address of Defendant)

THE DONALDSON COMPANY
1400 WEST 94TH STREET
MINNEAPOLIS, MN  55431

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

_____        5 / 20 / 2008
CLERK                                                         DATE

_____
(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated, | ) ) ) ) ) Case No. 08-cv-2123 ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  08-cv-2123

TO: (Name and address of Defendant)

UNITED COMPONENTS, INC.
14601 HIGHWAY 41 N.
EVANSVILLE, IN  47725-9357

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK                                          DATE    5/20/2008

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated, | ) ) ) ) ) Case No. 08-cv-2123 ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC. | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

✎ AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                      Date                *Signature of Server*

                               _____
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on
behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see
attached rider for full caption)

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:  08-cv-2123

TO: (Name and address of Defendant)

WIX FILTRATION CORP., LLC
ONE WIX WAY
GASTONIA, NC  28054

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

5/20/2008

DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., and UNITED COMPONENTS, INC.<br><br>Defendants. | ) ) ) ) ) Case No. 08-cv-2123 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
            Date                         *Signature of Server*


                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.