United States District Court
for the District of New Jersey

_____       :
                                               :
CENTRAL WAREHOUSE SALES CORP.                  :
                                               :       Civil No.  08-2123
                          Plaintiff            :
                                               :
                   v.                          :
                                               :
                                               :       Order of Reassignment
CHAMPION LABORATORIES, INC., ET AL             :
                                               :
                          Defendant            :
_____       :

It is on this 13th day of May 2008,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Peter G. Sheridan.

                        _____S/Garrett E. Brown, Jr._____
                        Garrett E. Brown, Jr., Chief Judge
                        United States District Court