James G. McCarney
**Howrey LLP**
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
212.896.6565

John DeQ. Briggs
**Howrey LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
202.783.0800

*Attorneys for Defendant*
  *Wix Filtration Corp LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated, | 08-CV-2123 (PGS-ES) |
| Plaintiff, | *Document electronically filed* |
| v. | **APPLICATION PURSUANT TO LOCAL CIVIL RULE 6.1(b) FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. AND THE CARLYLE GROUP, | |
| Defendants. | |

Application is hereby made pursuant to Local Civil Rule 6.1(b) for an Order of the Clerk of the Court for the District of New Jersey extending the time within which Defendant Wix Filtration Corp LLC, denominated as Wix Filtration Products, ("Wix Filtration") may answer, move or otherwise reply to the Complaint filed by Plaintiff, and it is represented that

1.   Plaintiff filed a Class Action Complaint on April 29, 2008;

2.   Service of the Summons and Complaint on Defendant Wix Filtration was effectuated on May 30, 2008;

3.   Defendant Wix Filtration's time to answer, move or otherwise respond to the Complaint filed by Plaintiff expires on June 19, 2008;

4.   Defendant Wix Filtration has made no prior application for an extension of time to answer, move or otherwise reply to the Complaint, and reserves all defenses, including without limitation jurisdiction and service.

Dated: New York, New York
         June 18, 2008

> s/ James G. McCarney
> James G. McCarney
> **Howrey LLP**
> Citigroup Center
> 153 East 53rd Street, 54th Floor
> New York, NY 10022
> 212.896.6565
> email: McCarneyJ@Howrey.com
>
> John DeQ. Briggs
> **Howrey LLP**
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004
> 202.783.0800
> email: BriggsJ@howrey.com
>
> *Attorneys for Defendant*
>  *Wix Filtration Corp LLC*

## **ORDER**

The above application **is ORDERED GRANTED** and the time within which Defendant Wix Filtration Corp LLC shall answer, move or otherwise respond to Plaintiff's Complaint is extended for a period of fifteen (15) days up to and including July 7, 2008. pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

**WILLIAM T. WALSH, Clerk**

**By:** _____
     **Deputy Clerk**

ORDER DATED: _____, 2008

**CERTIFICATE OF SERVICE**

      I certify that on June 18, 2008, copies of the foregoing 6.1(b) Application and Proposed Order dated June 18, 2008 were served via the electronic filing system on all counsel of record.

Dated: New York, New York
        June 18, 2008

                                                    s/ James G. McCarney
                                                    James G. McCarney