James G. McCarney
**Howrey LLP**
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
212.896.6565

John DeQ. Briggs
**Howrey LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
202.783.0800

*Attorneys for Defendant
 Wix Filtration Corp LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated, | 08-CV-2123 (PGS-ES) |
| Plaintiff, | *Document electronically filed* |
| v. | **RULE 7.1 STATEMENT OF WIX FILTRATION CORP LLC** |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. AND THE CARLYLE GROUP, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Wix Filtration Corp LLC, denominated as Wix Filtration Products, ("Wix Filtration"), while reserving all defenses,

including without limitation jurisdiction and service, states that it is a wholly owned subsidiary of Affinia Group Inc., which, in turn, is a wholly owned subsidiary of Affinia Group Intermediate Holdings Inc., which, in turn, is a wholly owned subsidiary of Affinia Group Holdings Inc., which is a privately held company.  There is no publicly held corporation that owns 10% or more of Wix Filtration or any of its parents.

Dated:  New York, New York
            June 18, 2008

                                s/ James G. McCarney
                                James G. McCarney
                                **Howrey LLP**
                                Citigroup Center
                                153 East 53rd Street, 54th Floor
                                New York, NY 10022
                                212.896.6565
                                email: McCarneyJ@Howrey.com

                                John DeQ. Briggs
                                **Howrey LLP**
                                1299 Pennsylvania Avenue, NW
                                Washington, DC 20004
                                202.783.0800
                                email: BriggsJ@howrey.com

                                *Attorneys for Defendant*
                                 *Wix Filtration Corp LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on June 18, 2008, copies of the foregoing 7.1 Disclosure Statement dated June 18, 2008 were served via the electronic filing system on all counsel of record.

Dated: New York, New York
       June 18, 2008

                                                              s/ James G. McCarney
                                                                 James G. McCarney