David J. McLean
Kira S. Dabby
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Telephone: 973.639.1234
Facsimile:  973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc.*
*and United Components, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br> vs.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH USA, MANN + HUMMEL USA, INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP,<br><br>    Defendants. | Case No. 2:08-CV-02123-PGS-ES<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF CHAMPION LABORATORIES, INC.** |

  Pursuant to Federal Rule of Civil Procedure 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately-held corporation, owns 100% of Champion Laboratories, Inc.'s stock.  UCI Acquisition Holdings, Inc., a privately-held corporation, owns 100% of United Components Inc.'s stock.  UCI Holdco,

2

Inc., a privately-held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock.

Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.

No publicly-held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

DATED:  June 25, 2008

                                                      s/  David J. McLean
                                                     DAVID J. MCLEAN
                                                     KIRA S. DABBY
                                                     **LATHAM & WATKINS LLP**
                                                     One Newark Center, 16th Floor
                                                     Newark, New Jersey 07101-3174
                                                     Telephone: 973.639.1234
                                                     Facsimile:  973.639.7298
                                                     *Attorneys for Defendants*
                                                     *Champion Laboratories, Inc. and United*
                                                     *Components, Inc.*