David J. McLean
Kira S. Dabby
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Telephone: 973.639.1234
Facsimile:  973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc.*
*and United Components, Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH USA, MANN + HUMMEL USA, INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP, <br><br> Defendants. | Case No. 2:08-CV-02123-PGS-ES <br><br> **DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF UNITED COMPONENTS, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and by order of this Court, defendant United Components, Inc., by and through its undersigned counsel, states that UCI Acquisition Holdings, Inc., a privately-held corporation, owns 100% of United Component Inc.'s stock.  UCI Holdco, Inc., a privately-held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s

2

stock.  Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.  No publicly-held corporation owns 10% or more of United Components, Inc.'s stock.

DATED:  June 25, 2008

                                                s/  David J. McLean
DAVID J. MCLEAN
KIRA S. DABBY
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: 973.639.1234
Facsimile:  973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc. and United Components, Inc.*