David J. McLean
Kira S. Dabby
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: +1.973.639.1234
Facsimile: +1.973.639.7298
*Attorneys for Defendants*
*Champion Laboratories, Inc.*
*and United Components, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH USA, MANN + HUMMEL USA, INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC. and THE CARLYLE GROUP,<br><br>        Defendants. | Case No.: 2:08-CV-02123 (PGS) (ES)<br><br>**CERTIFICATE OF SERVICE** |

      I, Kira S. Dabby, hereby certify under penalty of perjury that:

      1.    I am an attorney-at-law of the State of New Jersey and am associated with the law firm of Latham & Watkins LLP, counsel for Defendants Champion Laboratories, Inc. and United Components, Inc.

      2.    I am a member in good standing of the bar of this Court.

      3.    On this date, I filed true and correct **DISCLOSURE STATEMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF CHAMPION LABORATORIES, INC. AND UNITED COMPONENTS, INC.** with the ECF system for the

U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record.

4. I also certify that a copy of the aforementioned documents were sent to the following via overnight mail:

John C. Murdock
MURDOCK GOLDENBERG SCHNEIDER & GROH, LPA
35 E. Seventh Street, Suite 6000
Cincinnati, OH 45202
*Counsel for Plaintiff Central Warehouse Sales Corporation*

Mark J. Conway
CONWAY LAW OFFICES
502 S. Blakely Street
Dunmore, PA 18512
*Counsel for Plaintiff Central Warehouse Sales Corporation*

Mauro M. Wolfe
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 277-6726
Fax: (917) 591-8299
*Counsel for Defendant ArvinMeritor, Inc.*

Paul J. Halasz
DAY PITNEY LLP
200 Campus Drive
Florham Park, NJ 07932-0950
Telephone: (973) 966-8176
Fax: (973) 966-1015
*Counsel for Defendant Cummins Filtration Inc.*

Thomas R. Curtin
GRAHAM CURTIN
4 Headquarters Plaza, P.O. Box 1991
Morristown, NJ 07962-1991
Telephone: (973) 292-1700
Fax: (973) 292-1767
*Counsel for Defendant Donaldson Company, Inc.*

William A. Cambria
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
Telephone: (973) 425-8158

Fax: (973) 425-0161
*Counsel for Defendant Mann + Hummel U.S.A., Inc.*

Andrew Frackman
O'MELVENY & MYERS, LLP
7 Times Square Tower
New York, NY 10036
Telephone: (212) 326-2000
Fax: (212) 326-2061
Email: afrackman@omm.com
*Counsel for Defendant Honeywell International Inc.*

James G. McCarney
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6565
Fax:(212) 896-6501
*Counsel for Defendant Wix Filtration Corp., LLC*

Mark S. Lichtenstein
CROWELL & MORING LLP
153 E. 53rd Street, 31st Floor
New York, NY 10022
Telephone: (212) 895-4267
Fax: (212) 223-4201
*Counsel for Defendants Purolator Filters N.A. LLC; Bosch U.S.A.*

David Zaslowsky
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Fax: (212) 310-1600
*Counsel for Defendant Baldwin Filters, Inc.*

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

   s/   Kira S. Dabby
       Kira S. Dabby

Dated: June 25, 2008