Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey  07962-1991
(973) 292-1700

Attorneys for Defendant
Donaldson Company, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, | Civil Action No. 08-2123 (PGS) (ES) |
| Plaintiff, | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Esther Salas, U.S.M.J. |
| v. | |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION, INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., and THE CARLYLE GROUP, | **NOTICE OF APPEARANCE** |
| Defendants. | |

PLEASE TAKE NOTICE that Thomas R. Curtin, Esq., of the law firm of Graham Curtin, A Professional Association, hereby enters his appearance as counsel on behalf of defendant Donaldson Company, Inc.

611029_1

                      *s/ Thomas R. Curtin*
                      Thomas R. Curtin
                      GRAHAM CURTIN
                      A Professional Association
                      4 Headquarters Plaza
                      P.O. Box 1991
                      Morristown, New Jersey 07962-1991
                      (973) 292-1700

                      Attorneys for Defendant
                      Donaldson Company, Inc.

Dated: July 14, 2008

611029_1