Thomas R. Curtin
George C. Jones
Kathleen N. Fennelly
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Defendant
Donaldson Company, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION, on behalf of itself and all others similarly situated, | : : : : | Civil Action No. 08-2123 (PGS) (ES) |
|  | : | Hon. Peter G. Sheridan, U.S.D.J. |
| Plaintiff, | : | Hon. Esther Salas, U.S.M.J. |
|  | : |  |
| v. | : |  |
|  | : |  |
| CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C, HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION, INC., THE DONALDSON COMPANY, BALDWIN FILTERS, INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., and THE CARLYLE GROUP, | : : : : : : : : : : : | **NOTICE OF APPEARANCE** |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

PLEASE TAKE NOTICE that George C. Jones, Esq., of the law firm of Graham Curtin,

A Professional Association, hereby enters his appearance as counsel on behalf of defendant

Donaldson Company, Inc.

611018_1

*s/ George C. Jones*
George C. Jones
GRAHAM CURTIN
A Professional Association
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07962-1991
(973) 292-1700

Attorneys for Defendant
Donaldson Company, Inc.

Dated:  July 14, 2008

611018_1