AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see attached rider for full caption)

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-cv-2123

TO: (Name and address of Defendant)

PUROLATOR FILTERS N.A. L.L.C.
3200 NATAL ST.
FAYETTEVILLE, NC 28306-2845

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 5/20/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE 7-1-08 |
| NAME OF SERVER (PRINT) ANGELA BOWDEN || TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Purolator Filters, N.A. Fayetteville, N.C.

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Pat Pearson, Adm. Asst. to President

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-1-08
Date

Signature of Server: *Angela Bowden*

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see attached rider for full caption)

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-cv-2123

TO: (Name and address of Defendant)

CUMMINS FILTRATION, INC.
2931 ELM HILL PIKE
NASHVILLE, TN 37214

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 5/20/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7/2/08  11:50am |
| NAME OF SERVER (PRINT) Lindsey Wozencraft | TITLE | P.P.S. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
c/o Stephanie Johnson, Paralegal
1281 Murfreesboro Rd. Nashville, TN 37217

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/2/08
Date

Signature of Server: Lindsey Wozencraft

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

﹩AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see attached rider for full caption)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-cv-2123

TO: (Name and address of Defendant)

BOSCH U.S.A.
38000 HILLS TECH DRIVE
FARMINGTON HILLS, MI 48831

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                     5/20/2008

CLERK                                         DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | 7/3/08 — 11:50 AM |
| NAME OF SERVER (PRINT) Robert Dotcher | TITLE | P.S |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: to Andrea Gorletz
CSC— 601 Abbot Rd — E Lansing, MI 48823

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/3/08
           Date

Signature of Server

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see attached rider for full caption)

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 08-cv-2123

TO: (Name and address of Defendant)

Baldwin Filters, Inc.
4400 E. Hwy. 30
Kearney, NE 68848-6010

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE 5/20/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7-3-08 |
| NAME OF SERVER (PRINT) Stephen J. Koenig | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Michaela Lewis, Admin Asst. for Baldwin Filters, 4400 East Hiway30, Kearney, NE. at 2:42 p.m. on 7-1-08.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-3-08
             Date

Signature of Server

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

*Address of Server*

County of: Buffalo
Date: 7-03-08
Notary Public; Dayle Ann Muhlbach
My Commission Expires: Sept 11, '11

GENERAL NOTARY-State of Nebraska
DAYLE ANN MUHLBACH
My Comm. Exp. Sept. 11, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of        NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see attached rider for full caption)

SUMMONS IN A CIVIL ACTION

CASE NUMBER:  08-cv-2123

TO: (Name and address of Defendant)

HONEYWELL INTERNATIONAL
100 COLUMBIA ROAD
MORRISTOWN, NJ 07962

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**            5/20/2008

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 1, 2008 |
| NAME OF SERVER (PRINT) James Reap | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By delivering and leaving documents with David Cohen, Assistant Vice President, person Authorized to accept service on behalf of Honeywell International at 101 Columbia Road AB2B Morristown, NJ 07962

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/7/08
           Date

Signature of Server

Address of Server: 50 Main St. Hackensack, NJ 07601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see attached rider for full caption)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-cv-2123

TO: (Name and address of Defendant)

ArvinMeritor, Inc.
2135 West Maple Road
Troy, MI 48084

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**      5/20/2008

CLERK      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE June 30, 2008 |
| NAME OF SERVER (PRINT) Jay M. Howse | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
C.T. Corporation Systems
30600 Telegraph Rd., Ste 2345
Bingham Farms, MI 48025

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
Rec'd by Kristin Oliver, Process Specialist

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/30/08
Date

Signature of Server

JAY M. HOWSE
20525 BALMORAL DR.
MACOMB, MI 48044

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.