AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

CENTRAL WAREHOUSE SALES CORP., on behalf of itself and all others similarly situated

V.

CHAMPION LABORATORIES, INC. (see attached rider for full caption)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-cv-2123

TO: (Name and address of Defendant)

MANN + HUMMEL U.S.A.
6400 S. SPRINKLE ROAD
PORTAGE, MI 49002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN A. MACORETTA
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**      5/20/2008

CLERK                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-14-08 | 10:10AM |
| NAME OF SERVER (PRINT) WILLIAM DROTOZ | TITLE Certified process Server Michigan | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: MANN & HUMMEL USA
JULIE MAQUREEY Exec Adenin  6400 S SPRINKLE
To president  PORTAGE, Mich 49002

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-14-08
              Date

Signature of Server  William Drotz

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.