CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−02123−PGS−ES

| | |
|---|---|
| CENTRAL WAREHOUSE SALES CORPORATION v. CHAMPION LABORATORIES, INC. et al | Date Filed: 04/29/2008 |
| | Date Terminated: 08/25/2008 |
| Assigned to: Judge Peter G. Sheridan | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Esther Salas | Nature of Suit: 410 Anti−Trust |
| Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

**CENTRAL WAREHOUSE SALES CORPORATION**
*on behalf of itself and all others similarly situated*

represented by **JOHN A. MACORETTA**
SPECTOR, ROSEMAN &KODROFF
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
215−496−0300
Email: jmacoretta@srk−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHAMPION LABORATORIES, INC.**

represented by **DAVID J. MCLEAN**
LATHAM &WATKINS, LLP
ONE NEWARK CENTER
16TH FLOOR
NEWARK, NJ 07101
(973) 639−1234
Email: david.mclean@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIRA SAMUELLE DABBY**
LATHAM &WATKINS, LLP
1 NEWARK CENTER
16TH FLOOR
NEWARK, NJ 07101−3174
(973) 639−1234
Email: kira.dabby@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PUROLATOR FILTERS N.A. L.L.C.**

**Defendant**

**HONEYWELL INTERNATIONAL INC.**

represented by **ANDREW J. FRACKMAN**

O'MELVENY &MYERS LLP
TIMES SQUARE TOWER
7 TIMES SQUARE
NEW YORK, NY 10036
(212) 326–2000
Email: afrackman@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WIX FILTRATION PRODUCTS**          represented by **JAMES G. MCCARNEY**
HOWREY, LLP
153 EAST 53RD STREET
NEW YORK, NY 10022
(212) 896–6500
Email: mccarneyj@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CUMMINS FILTRATION INC.**          represented by **PAUL J. HALASZ**
DAY PITNEY, LLP
PO BOX 1945
MORRISTOWN, NJ 07962–1945
(973) 966–6300
Email: phalasz@daypitney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AARON J. STAHL**
DAY PITNEY LLP
PO BOX 1945
MORRISTOWN, NJ 07962
(973) 966–8128
Email: astahl@daypitney.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**THE DONALDSON COMPANY**          represented by **THOMAS R. CURTIN**
GRAHAM CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991
MORRISTOWN, NJ 07962–1991
(973) 292–1700
Fax: (973) 292–1767
Email: tcurtin@grahamcurtin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GEORGE C. JONES**
GRAHAM CURTIN, PA
4 HEADQUARTERS PLAZA
PO BOX 1991

MORRISTOWN, NJ 07962
(973) 292–1700
Fax: (973) 292–1767
Email: gjones@GrahamCurtin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BALDWIN FILTERS INC.**

**Defendant**

**BOSCH U.S.A.**

**Defendant**

**MANN + HUMMEL U.S.A., INC.**

**Defendant**

**ARVINMERITOR, INC.**

**Defendant**

**UNITED COMPONENTS, INC.**          represented by **DAVID J. MCLEAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIRA SAMUELLE DABBY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THE CARLYLE GROUP**
*TERMINATED: 05/16/2008*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2008 | Ï 1 | COMPLAINT against BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., THE CARLYLE GROUP, CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC. ( Filing fee $ 350 receipt number 1974877.) Jury Demand, filed by CENTRAL WAREHOUSE SALES CORPORATION. (Attachments: #_1 Summons ArvinMeritor, #_2 Summons Baldwin, #_3 Summons Bosch, #_4 Summons Carlyle, #_5 Summons Champion, #_6 Summons Cummins, #_7 Summons Donaldson, #_8 Summons Honeywell, #_9 Summons Mann + Hummel, #_10 Summons Purolator, #_11 Summons United Components, #_12 Summons Wix, #_13 Civil Cover Sheet)(ld, ) (Entered: 05/02/2008) |
| 05/12/2008 | Ï 2 | |

| | | Corporate Disclosure Statement by CENTRAL WAREHOUSE SALES CORPORATION. (MACORETTA, JOHN) (Entered: 05/12/2008) |
|---|---|---|
| 05/16/2008 | Ï 3 | NOTICE of Voluntary Dismissal by CENTRAL WAREHOUSE SALES CORPORATION (MACORETTA, JOHN) (Entered: 05/16/2008) |
| 05/16/2008 | Ï 4 | Request for Summons to be Issued by CENTRAL WAREHOUSE SALES CORPORATION as to BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC.. (Attachments: # 1 Summons ArvinMeritor, Inc., # 2 Summons Baldwin Filters, Inc., # 3 Summons Bosch U.S.A., # 4 Summons Champion Laboratories, Inc., # 5 Summons Cummins Filtration, Inc., # 6 Summons Honeywell International, # 7 Summons Mann + Hummel U.S.A., # 8 Summons Purolator Filters N.A. L.L.C., # 9 Summons The Donaldson Company, # 10 Summons United Components, Inc., # 11 Summons Wix Filtration Corp., LLC)(MACORETTA, JOHN) (Entered: 05/16/2008) |
| 05/20/2008 | Ï 5 | Summons Issued as to BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., HONEYWELL INTERNATIONAL INC., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC.. Days Due – 20.(SUMMONS MAILED TO COUNSEL) (ld, ) (Entered: 05/20/2008) |
| 05/30/2008 | Ï 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Peter G. Sheridan and Magistrate Judge Esther Salas for all further proceedings. Judge Katharine S. Hayden no longer assigned to case. Signed by Chief Judge Garrett E. Brown, Jr. on 5/13/2008. (mn, ) (Entered: 05/30/2008) |
| 06/18/2008 | Ï 7 | Application and Proposed Order for Clerk's Order to extend time to answer as to Wix Filtration Corp LLC, denominated as Wix Filtration Products. Attorney JAMES G. MCCARNEY and JAMES G. MCCARNEY for WIX FILTRATION PRODUCTS added. (MCCARNEY, JAMES) (Entered: 06/18/2008) |
| 06/18/2008 | Ï 8 | Corporate Disclosure Statement by WIX FILTRATION PRODUCTS. (MCCARNEY, JAMES) (Entered: 06/18/2008) |
| 06/18/2008 | Ï | CLERKS TEXT ORDER – The Application for a Clerks Order Extending Time to Answer – Document # 7 submitted by J. McCarney on 6/18/08 has been GRANTED. The answer due date has been set for 7/7/08. (dc, ) (Entered: 06/26/2008) |
| 06/25/2008 | Ï 9 | NOTICE of Appearance by DAVID J. MCLEAN on behalf of UNITED COMPONENTS, INC., CHAMPION LABORATORIES, INC. (Attachments: # 1 Certificate of Service)(MCLEAN, DAVID) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 10 | NOTICE of Appearance by KIRA SAMUELLE DABBY on behalf of UNITED COMPONENTS, INC., CHAMPION LABORATORIES, INC. (Attachments: # 1 Certificate of Service)(DABBY, KIRA) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 11 | Corporate Disclosure Statement by CHAMPION LABORATORIES, INC. identifying United Components, Inc. as Corporate Parent.. (MCLEAN, DAVID) (Entered: 06/25/2008) |

| 06/25/2008 | Ï 12 | Corporate Disclosure Statement by UNITED COMPONENTS, INC. identifying UCI Acquisition Holdings, Inc. as Corporate Parent.. (MCLEAN, DAVID) (Entered: 06/25/2008) |
|---|---|---|
| 06/25/2008 | Ï 13 | CERTIFICATE OF SERVICE by UNITED COMPONENTS, INC., CHAMPION LABORATORIES, INC. re 12 Corporate Disclosure Statement, 11 Corporate Disclosure Statement (DABBY, KIRA) (Entered: 06/25/2008) |
| 06/25/2008 | Ï 14 | Letter from Kira S. Dabby re: JOINT STIPULATION AND (PROPOSED) ORDER REGARDING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND SERVICE. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)(DABBY, KIRA) (Entered: 06/25/2008) |
| 06/27/2008 | Ï 15 | NOTICE of Appearance by PAUL J. HALASZ on behalf of CUMMINS FILTRATION INC. (HALASZ, PAUL) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 16 | Corporate Disclosure Statement by CUMMINS FILTRATION INC. identifying Cummins Inc. as Corporate Parent.. (HALASZ, PAUL) (Entered: 06/27/2008) |
| 06/27/2008 | Ï 17 | NOTICE of Appearance by AARON J. STAHL on behalf of CUMMINS FILTRATION INC. (STAHL, AARON) (Entered: 06/27/2008) |
| 06/30/2008 | Ï 18 | JOINT STIPULATION AND ORDER regarding extension of time to respond to complaint and service. Signed by Magistrate Judge Esther Salas on 6/27/08. (dc, ) (Entered: 06/30/2008) |
| 07/02/2008 | Ï 19 | NOTICE of Appearance by ANDREW J. FRACKMAN on behalf of HONEYWELL INTERNATIONAL INC. (FRACKMAN, ANDREW) (Entered: 07/02/2008) |
| 07/02/2008 | Ï 20 | Corporate Disclosure Statement by HONEYWELL INTERNATIONAL INC.. (FRACKMAN, ANDREW) (Entered: 07/02/2008) |
| 07/14/2008 | Ï 21 | NOTICE of Appearance by THOMAS R. CURTIN on behalf of THE DONALDSON COMPANY (CURTIN, THOMAS) (Entered: 07/14/2008) |
| 07/14/2008 | Ï 22 | NOTICE of Appearance by GEORGE C. JONES on behalf of THE DONALDSON COMPANY (JONES, GEORGE) (Entered: 07/14/2008) |
| 07/21/2008 | Ï 23 | SUMMONS Returned Executed by CENTRAL WAREHOUSE SALES CORPORATION. BOSCH U.S.A. served on 7/3/2008, answer due 7/23/2008; ARVINMERITOR, INC. served on 6/30/2008, answer due 7/21/2008; PUROLATOR FILTERS N.A. L.L.C. served on 7/1/2008, answer due 7/21/2008; HONEYWELL INTERNATIONAL INC. served on 7/1/2008, answer due 7/21/2008; CUMMINS FILTRATION INC. served on 7/2/2008, answer due 7/22/2008; BALDWIN FILTERS INC. served on 7/3/2008, answer due 7/23/2008. (MACORETTA, JOHN) (Entered: 07/21/2008) |
| 07/24/2008 | Ï 24 | SUMMONS Returned Executed by CENTRAL WAREHOUSE SALES CORPORATION. MANN + HUMMEL U.S.A., INC. served on 7/14/2008, answer due 8/4/2008. (MACORETTA, JOHN) (Entered: 07/24/2008) |
| 08/25/2008 | Ï 25 | Certified copy of MDL Order transferring case to the United States District Court for the Northern District of Illinois. Signed by Judge No Judge Assigned on 8/25/08. (Attachments: # 1 Cover Letter)(dc, ) (Entered: 08/26/2008) |